NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MELTECH CORPORATION, INC.,**
*Appellant*

**v.**

**SECRETARY OF THE ARMY,**
*Appellee*

---

2022-1659

---

Appeal from the Armed Services Board of Contract Appeals in No. 61706, Administrative Judge Owen C. Wilson, Administrative Judge Richard Shackleford, Administrative Judge Stephanie Cates-Harman.

---

**JUDGMENT**

---

LEONARD A. SACKS, Leonard A. Sacks & Associates, PC, Rockville, MD, argued for appellant. Also represented by FRED A. MENDICINO, Faughnan Mendicino PLLC, Dulles, VA.

BRYAN MICHAEL BYRD, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by BRIAN

M. BOYNTON, PATRICIA M. MCCARTHY, CORINNE ANNE NIOSI.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, HUGHES, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 13, 2023                /s/ Jarrett B. Perlow
    Date                    Jarrett B. Perlow
                            Clerk of Court